UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Larry Wayne McMillan**                                    **Docket No. 7:08-CR-54-7BO**

### Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Larry Wayne McMillan, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute more than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 13, 2008, to the custody of the Bureau of Prisons for a term of 135 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Larry Wayne McMillan was released from custody on March 17, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has an extensive history of substance abuse and agreed that some maintenance treatment may be beneficial to his supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Michael C. Brittain                         /s/ Mark Culp
Michael C. Brittain                             Mark Culp
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 Dick Street
                                                Fayetteville, NC 28301-5730
                                                Phone: 910-483-8613
                                                Executed On: March 20, 2017

Larry Wayne McMillan
Docket No. 7:08-CR-54-7BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _____ day of _____, 2017, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_

Terrence W. Boyle
U.S. District Judge